[No. 48946-5-II.   Division Two.   June 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH INGALS GUENTHER, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 15-1-00195-2, Keith C. Harper, J., entered April 29, 2016. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Melnick and Sutton, JJ.

[No. 49427-2-II.   Division Two.   June 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. NATRONE D. BOSTICK, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 16-1-00232-8, James W. Lawler, J., entered June 16, 2016. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Maxa, A.C.J., and Sutton, J.

[No. 50031-1-II.   Division Two.   June 6, 2017.]

CHRISTOPHER ENGLISH, *Appellant*, v. DENNIS ALVIN BUSS, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-09274-7, Edmund Murphy, J., entered February 26, 2016. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Melnick and Sutton, JJ.

[No. 33720-1-III.   Division Three.   June 6, 2017.]

*In the Matter of the Marriage of* SHELLEY RENEE WILLSON, *Appellant*, and ROY CHARLES WILLSON, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 14-3-00358-0, Gayle M. Harthcock, J., entered August 11, 2015. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.